

**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Martha Nimmer**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

March 24, 2022

**VIA ECF**
Hon. Paul A. Engelmayer
U.S. District Court
Southern District of New York
40 Centre Street, Room 2201
New York, NY 10007

      Re:  *S.K. et al. v. N.Y.C. Dep't of Education*, 21-cv-7291 (PAE)(SN)

Dear Judge Engelmayer:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiffs seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

    I write to respectfully request that the initial conference, scheduled for April 6, 2022, be adjourned *sine die,* as I expect that we will be able to settle this matter once I receive authority, which I anticipate receiving in the next week or two.  This is the first request to adjourn the conference *sine die*.  I have asked for Plaintiff's consent, but have not received a response.

    Accordingly, Defendant respectfully requests that the April 6, 2022 conference be adjourned *sine die*.

    Thank you for considering this request.

Respectfully submitted,

/s/
_____
Martha Nimmer
Special Assistant Corporation Counsel

cc:   Michele Kule-Korgood, Esq. (via ECF)

The initial pretrial conference previously scheduled for April 6, 2022 at 4:30 p.m. is hereby adjourned until April 20, 2022 at 11 a.m.  The required submissions, *see* Dkt. 15, will be due April 15, 2022.  Should the parties seek another adjournment, they should submit a status letter about the progress of the settlement on or before April 15, 2022.  SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
3/25/22