

**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Martha Nimmer**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

April 27, 2022

**VIA ECF**
Hon. Paul A. Engelmayer
U.S. District Court
Southern District of New York
40 Centre Street, Room 2201
New York, NY 10007

   Re: *S.K. et al. v. N.Y.C. Dep't of Education*, 21-cv-7291 (PAE)(SN)

Dear Judge Engelmayer:

  I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiffs seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

  I write to respectfully request that the initial conference, scheduled for May 4, 2022, be adjourned *sine die,* and that the parties be permitted to submit a joint letter by June 6, 2022, either informing the Court of settlement or proposing a briefing schedule. Plaintiff consents to these requests. This is the third request to adjourn the conference *sine die*. The first request was made on March 24, 2022 and on the following day, Your Honor adjourned the conference to April 20, 2022. The second request was made on April 6, 2022 and that same day, Your Honor adjourned the conference to May 4, 2022. Defendant is confident that the parties will be able to settle this matter without further burden on the Court's time.

Accordingly, Defendant respectfully requests that the May 4, 2022 conference be adjourned *sine die,* and that the parties be permitted to submit a joint letter by June 6, 2022.

Thank you for considering these requests.

        Respectfully submitted,

        /s/
        Martha Nimmer
        Special Assistant Corporation Counsel

cc:    Michele Kule-Korgood, Esq. (via ECF)

The Court adjourns the initial pretrial conference previously scheduled for May 4, 2022 at 9:30 a.m. until June 9, 2022 at 10 a.m. No further adjournments should be expected. By June 6, 2022, the parties are to submit a stipulation of settlement or the submissions for the initial pretrial conference, *see* Dkt. 15. SO ORDERED.

        *Paul A. Engelmayer*
        PAUL A. ENGELMAYER
        United States District Judge
        4/28/22