UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
S.K., et al.,                                                       :
                                                                    :      21 Civ. 7291 (PAE)
                                     Plaintiffs,                    :
                                                                    :      ORDER
           -v-                                                      :
                                                                    :
NEW YORK CITY DEPARTMENT OF EDUCATION,                              :
                                                                    :
                                     Defendant.                     :
                                                                    :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

At today's initial pretrial conference, the Court set the following schedule for the parties' summary judgment briefing:

- The parties' joint administrative record filing is due July 29, 2022.

- Plaintiffs' motion for summary judgment is due August 5, 2022.

- Defendant's opposition to plaintiff's motion for summary judgment is due September 2, 2022.

- Plaintiffs' reply is due September 23, 2022.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: June 16, 2022
       New York, New York