

| Hon. Sylvia O. Hinds-Radix<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Martha Nimmer<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |
|---|---|---|

July 21, 2022

**VIA ECF**
Hon. Paul A. Engelmayer
U.S. District Court
Southern District of New York
40 Centre Street, Room 2201
New York, NY 10007

        Re:  *S.K. et al. v. N.Y.C. Dep't of Education*, 21-cv-7291 (PAE)(SN)

Dear Judge Engelmayer:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiffs seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

      I write to respectfully request that Defendant be permitted to file a copy of the certified administrative record under seal today, as the record (numbering 1,099 pages) contains identifying information about the Plaintiffs (names, dates of birth, addresses, other children's names and ages) and private health and educational information concerning the Student.  I have informed Plaintiffs' counsel of my intention to make this request, and do not expect that they will object.

      Thank you for considering this request.

      Respectfully submitted,

                             /s/

Martha Nimmer
Special Assistant Corporation Counsel

cc:   Michele Kule-Korgood, Esq. (via ECF)

Granted.   SO ORDERED.   *[signature]*
　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　United States District Judge

7/21/22