# *Law Office of Ellen Saideman*
## *7 Henry Drive*
## *Barrington, RI  02806*
## *401-258-7276*
## *Fax 401-709-0213*

July 29, 2022

**VIA ECF**
The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *S.K. v. New York City Dep't of Educ.*, 21-cv-7291(PAE)(SN)

Dear Judge Engelmayer:

I am an attorney for the Plaintiffs in the above-referenced action, wherein Plaintiffs seek attorneys fees' costs, and expenses for legal work in an administrative hearing under the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. 1400, et seq., as well as for this action.

I write to respectfully request that Plaintiffs be granted leave, post hoc, to file a copy of the additional items for the joint appendix under seal, as the record contains identifying information about the student, A.K., and private health and educational information concerning the student. This Court has previously granted the Defendant's motion to have the certified administrative record be filed under seal (ECF No. 31). Counsel for the Defendant advises me that the Defendant consents to this motion.

Thank you for your attention to this matter.

Sincerely yours,

*/s/ Ellen Marjorie Saideman*
Ellen Marjorie Saideman

CC:    Michele Kule-Korgood, Esq., co-counsel for Plaintiffs

Martha Nimmer, Esq., counsel for Defendn

Granted.  The Clerk of Court is respectfully directed
to close the motions pending at dockets 32 and 33.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
August 1, 2022