UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.K., et al., <br><br>                             Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY OF DEPARTMENT OF EDUCATION, <br><br>                             Defendant. | Case No. 1:21-cv-07291 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' joint letter, dated October 12, 2022, filed in response to the Court's September 19, 2022 Reassignment Order. ECF No. 57. In that letter, the parties request an extension of the briefing schedule regarding Plaintiffs' motion for summary judgment. *Id.* That request is granted. Accordingly, IT IS HEREBY ORDERED that Defendant shall file its opposition to Plaintiffs' motion for summary judgment no later than **November 4, 2022**, and Plaintiffs shall file their reply no later than **December 2, 2022**.

      The parties shall notify the Court if at any time they agree that referral to mediation or to a Magistrate Judge for a settlement conference would be useful.

Dated: October 13, 2022
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge