UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S.K., et al.,

                    Plaintiffs,

    -against-                                  21 **CIVIL** 7291 (JLR)

## **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 10, 2023, Plaintiffs' motion for summary judgment and attorneys' fees is GRANTED with the modifications to hourly rates and billable hours as set forth in the Order. In total, Plaintiffs are entitled to the following: $154,096.50; accordingly, the case is closed.

**Dated:**  New York, New York

        March 13, 2023

                                                            **RUBY J. KRAJICK**

                                                            _____
                                                             **Clerk of Court**

                               **BY:**        K. Mango

                                                             _____
                                                            **Deputy Clerk**